LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

JS-6

Attorneys for Defendants
AMERICAN HOME MORTGAGE SERVICING, INC.
and POWER DEFAULT SERVICE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MYRHA, an individual, | CASE NO. 8:11-cv-00894 JVS (ANx) |
| Plaintiff, | Hon. James V. Selna |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICE, INC.; and DOES 1-100, | |
| Defendants. | |

1  The Court, having considered the Request for Dismissal filed by Defendants American Home Mortgage Servicing, Inc. ("AHMSI") and Power Default Services, Inc. ("Power Default") pursuant to Federal Rule of Civil Procedure 41(b), for good cause shown, hereby ORDERS that the above-captioned brought by Plaintiff Donald Myhra ("Plaintiff") be dismissed as to AHMSI and Power Default with prejudice.

**IT IS SO ORDERED.**

Dated:  September 16, 2011       _____
　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　United States District Court Judge

# CERTIFICATE OF SERVICE

I, Conrad V. Sison, an attorney, do hereby certify that on September 16, 2011, I electronically filed the foregoing **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: September 16, 2011          By: */s/ Conrad V. Sison*
                                              Conrad V. Sison

LA 688164

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

3

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
*Myhra v. American Home Servicing, Inc., et al.*, Case No. 8:11-cv-00894 JVS (ANx)