LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

JS-6

Attorneys for Defendants
AMERICAN HOME MORTGAGE SERVICING, INC.
and POWER DEFAULT SERVICE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MYRHA, an individual, | CASE NO. 8:11-cv-00894 JVS (ANx) |
| Plaintiff, | Hon. James V. Selna |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| AMERICAN HOME MORTGAGE SERVICING, INC.; POWER DEFAULT SERVICE, INC.; and DOES 1-100, | |
| Defendants. | |

1

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
*Myhra v. American Home Servicing, Inc., et al.*, Case No. 8:11-cv-00894 JVS (ANx)

1  The Court, having considered the Request for Dismissal filed by Defendants
2  American Home Mortgage Servicing, Inc. ("AHMSI") and Power Default Services,
3  Inc. ("Power Default") pursuant to Federal Rule of Civil Procedure 41(b), for good
4  cause shown, hereby ORDERS that the above-captioned brought by Plaintiff Donald
5  Myhra ("Plaintiff") be dismissed as to AHMSI and Power Default with prejudice.

7  **IT IS SO ORDERED.**

10  Dated:  September 16, 2011          _____
11                                       Hon. James V. Selna
                                         United States District Court Judge

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
*Myhra v. American Home Servicing, Inc., et al.*, Case No. 8:11-cv-00894 JVS (ANx)

<b>Locke Lord Bissell & Liddell LLP</b>
<b>300 South Grand Avenue, Suite 2600</b>
<b>Los Angeles, CA 90071</b>

# CERTIFICATE OF SERVICE

I, Conrad V. Sison, an attorney, do hereby certify that on September 16, 2011, I electronically filed the foregoing **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: September 16, 2011      By: _/s/ Conrad V. Sison_
                                                            Conrad V. Sison

LA 688164